IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-00451-AP**

**JAMES L. VORHIES,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Joint Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #16), filed July 9, 2012, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$336.00**.

Dated at Denver, Colorado, this 10th day of July, 2012.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT