# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:     **12-cv–451-AP**

**JAMES J. VORHIES,**

                                        Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**,

                                        Defendant

---

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)
---

The matter before the Court is Plaintiff's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) filed April 7, 2015 (Doc. 18).  While the proposed form of Order appears to have been cut and pasted from an unopposed motion to approve stipulated EAJA fees, I have corrected the form and now ORDER that Plaintiff's attorney is entitled to receive the $1,936.00 being withheld for his benefit by the Social Security Administration (Doc. 18-2).

DATED April 7, 2015

                                        *s/John L. Kane*
                                        SENIOR U.S. DISTRICT JUDGE